UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


FILED
FEB 0 8 2017
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

### INDICTMENT FOR POSSESSION WITH INTENT TO DISTRIBUTE A SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE AND FORFEITURE ALLEGATION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| versus | : CRIMINAL NO. 17- 14-SDD-EWD |
| | : |
| COREY TERRELL GARDNER | : 21 U.S.C. § 841(a)(1) |
| | : 21 U.S.C. § 853 |

**THE GRAND JURY CHARGES:**

On or about May 12, 2016, in the Middle District of Louisiana, **COREY TERRELL GARDNER,** defendant herein, knowingly and intentionally did possess with the intent to distribute a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

**FORFEITURE ALLEGATION**

Upon conviction on the above-charged offense, **COREY TERRELL GARDNER**, defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

If any of the property or proceeds obtained directly or indirectly as a result of the offense charged, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

b. has been transferred, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to a forfeiture money judgment and shall be allowed to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p) in satisfaction of the forfeiture money judgment.

UNITED STATES OF AMERICA, by

*[signature]*

J. WALTER GREEN
UNITED STATES ATTORNEY

*[signature]*

LYMAN E. THORNTON III
ASSISTANT U. S. ATTORNEY

**A TRUE BILL**

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

2/8/17
DATE

**CRIMINAL COVER SHEET    U.S. District Court**

**Place of Offense:**                               Matter to be sealed: ____ No   X   Yes

City          Baton Rouge                           **Related Case Information:**

County/Parish   East Baton Rouge                    Superseding Indictment _____   Docket Number _____
                                                    Same Defendant _____           New Defendant   X
                                                    Magistrate Case Number _____
                                                    Search Warrant Case No. _____
                                                    R 20/ R 40 from District of _____
                                                    Any Other Related Cases: _____

**Defendant Information:**

Defendant Name:     Corey Terrell Gardner
Alias
Address:
Birthdate:     SS #:     Sex: Male    Race: Black    Nationality:

**U.S. Attorney Information:**

AUSA:   Lyman E. Thornton III              Bar #:  20393

**Interpreter:**   X   No     __ Yes     **List language and/or dialect:**

**Location Status:**

Arrest Date   _____
_____    Already in Federal Custody as of
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:   ___1___

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** | **Petty/ Misdemeanor/ Felony** |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute a substance Containing a detectable amount of methamphetamime | 1 | Felony |

(May be continued on second sheet)

Date:  02/08/2017     Signature of AUSA:  _Lyman E. Thornton_

**District Court Case Number (To be filled in by deputy clerk):** _____