UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT

*GRAND JURY RETURN*



Date: 2/8/17

UNITED STATES OF AMERICA

VERSUS

COREY TERRELL GARDNER

CRIMINAL

NO. 17-14-SDD-EWD

PRESENT: Jennifer Kleinpeter, Assistant United States Attorney

INDICTMENT FILED.

ARREST WARRANTS ISSUE.

SEALED PENDING ARREST.

\* \* \* \* \*