UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,
        Plaintiff

VERSUS                                      CRIMINAL NO. 17-CR-14-SDD-EWD

COREY TERRELL GARDNER,
        Defendant

## NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney James P. Thompson, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, on behalf of the Government.

                                      UNITED STATES OF AMERICA, by

                                      J. WALTER GREEN
                                      UNITED STATES ATTORNEY

                                      /s/ James P. Thompson
                                      James P. Thompson, LBN 21090
                                      Assistant United States Attorney
                                      777 Florida Street, Suite 208
                                      Baton Rouge, Louisiana 70801
                                      Telephone: (225) 389-0443
                                      Fax: (225) 389-0685
                                      E-mail: jay.thompson@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,
    Plaintiff

VERSUS                                           CRIMINAL NO. 17-CR-14-SDD-EWD

COREY TERRELL GARDNER,
    Defendant

## CERTIFICATE OF SERVICE

I certify that on February 28, 2017, a copy of the foregoing *Notice of Appearance* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties/counsel of record by operation of the court's electronic filing system.

                                         /s/ James P. Thompson
                                         James P. Thompson, LBN 21090
                                         Attorney for Plaintiff
                                         Assistant United States Attorney
                                         777 Florida Street, Suite 208
                                         Baton Rouge, Louisiana 70801
                                         Telephone: (225) 389-0443
                                         Fax: (225) 389-0685
                                         E-mail: jay.thompson@usdoj.gov